IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **CEC CONTROLS COMPANY, INC.** | **PLAINTIFF** |
| v. Case No. 4:21-cv-00125-LPR | |
| **H & H ELECTRIC, INC. and AUTO-OWNERS INSURANCE COMPANY** | **DEFENDANTS** |
| and | |
| **H & H ELECTRIC, INC.** | **THIRD-PARTY PLAINTIFF** |
| v. | |
| **HUFFMAN CONSTRUCTION, LLC and FIDELITY AND DEPOSIT COMPANY OF MARYLAND/ZURICH AMERICAN INSURANCE COMPANY** | **THIRD-PARTY DEFENDANTS** |

## ORDER

On October 21, 2024, the Parties filed a joint motion to dismiss this case with prejudice, having resolved the matter by agreement.[1] The Parties further agree that an Order granting their Motion will resolve all claims (including any counterclaims and third-party claims) asserted in this case.[2] Accordingly, the Joint Motion to Dismiss (Doc. 138) is GRANTED and this case is DISMISSED with prejudice, with each party bearing its own fees and costs. The Clerk is instructed to close this case.

IT IS SO ORDERED this 25th day of October 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Joint Mot. to Dismiss (Doc. 138).

[2] *Id.* at 2.