IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **CEC CONTROLS COMPANY, INC.** | **PLAINTIFF** |
| v. | Case No. 4:21-cv-00125-LPR |
| **H & H ELECTRIC, INC. and AUTO-OWNERS INSURANCE COMPANY** | **DEFENDANTS** |
| and | |
| **H & H ELECTRIC, INC.** | **THIRD-PARTY PLAINTIFF** |
| v. | |
| **HUFFMAN CONSTRUCTION, LLC and FIDELITY AND DEPOSIT COMPANY OF MARYLAND/ZURICH AMERICAN INSURANCE COMPANY** | **THIRD-PARTY DEFENDANTS** |

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims brought in this case (including all counterclaims and third-party claims) are hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 25th day of October 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE